## LEE GRAHAM v. STATE.

No. A-7224.   Opinion Filed Oct. 26, 1929.
(281 Pac. 1117.)

Allen & Allen, for plaintiff in error.

J. Berry King, Atty. Gen., for the State.

PER CURIAM.   The plaintiff in error was convicted in the county court of McCurtain county of petit larceny, and his punishment fixed at a fine of $50.

The judgment was entered in September, 1928, and the appeal was lodged in this court in November, 1928. No briefs in support of the appeal have been filed. The information charges the larceny of three white oak logs. The evidence sustains the judgment. No material error is apparent.

The case is affirmed.